IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-173-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LATORIE CRUMPLER | ) | |
| a/k/a "Torrey," | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Provide Sealed Document to the State of North Carolina [DE-33]. Having considered the motion, and without objection from the Defendant through counsel, the court ALLOWS the motion. It is hereby ORDERED that the United States Attorney provide a copy of the Sealed Psychiatric Report [DE-22] to Kara Hodges, Assistant District Attorney for the 12th District of the State of North Carolina, for further distribution to the Superior Court of Cumberland County, and to the Defendant's counsel in the pending state action. The report is provided for those parties' use in the pending state action only, and with the restriction that the document remain sealed from the public record. But for the provisions stated herein, the Sealed Psychiatric Report [DE-22] remains sealed. Any use that is inconsistent with the terms of this Order is in violation of the same, and the violator may be subject to prosecution and penalties under federal law.

SO ORDERED.

This the 7'' day of October, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge